**DUCKOR SPRADLING METZGER & WYNNE**
SCOTT L. METZGER (SBN 207085)
metzger@dsmwlaw.com
3043 Fourth Avenue
San Diego, CA 92103
Telephone: 619-209-3000
Facsimile: 619-209-3043

Attorneys for Defendants
MICHAEL W. DUNAWAY, individually and as a Trustee
of U/A/D 07-05-1991 FBO Dunaway Family Trust, and
TRUDY V. DUNAWAY, individually and as a Trustee of
U/A/D 07-05-91 FBO Dunaway Family Trust

**AKIN GUMP STRAUSS HAUER & FELD LLP**
JULIA I. DE BEERS (SBN 233811)
jdebeers@akingump.com
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310-229-1000
Facsimile: 310-229-1001

Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW
YORK, AND WILMINGTON TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FIRST REPUBLIC BANK, et al.<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. C 11-2634 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL W. DUNAWAY, INDIVIDUALLY AND AS A TRUSTEE OF U/A/D 07-05-1991 FBO DUNAWAY FAMILY TRUST, AND TRUDY V. DUNAWAY, INDIVIDUALLY AND AS A TRUSTEE OF U/A/D 07-05-91 FBO DUNAWAY FAMILY TRUST, TO RESPOND TO COMPLAINT (Local Rule 6-1(a))** |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS MICHAEL W. DUNAWAY, INDIVIDUALLY AND AS A TRUSTEE OF U/A/D 07-05-1991 FBO DUNAWAY FAMILY TRUST, AND TRUDY V. DUNAWAY, INDIVIDUALLY AND AS A TRUSTEE OF U/A/D 07-05-91 FBO DUNAWAY FAMILY TRUST, TO RESPOND TO COMPLAINT

Pursuant to Local Rule 6-1, Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs") by and through their counsel, and Michael W. Dunaway, individually and as a Trustee of U/A/D 07-05-1991 FBO Dunaway Family Trust, and Trudy V. Dunaway, individually and as a Trustee of U/A/D 07-05-91 FBO Dunaway Family Trust, hereby stipulate and agree that the time for Defendants Michael W. Dunaway, individually and as a Trustee of U/A/D 07-05-1991 FBO Dunaway Family Trust, and Trudy V. Dunaway, individually and as a Trustee of U/A/D 07-05-91 FBO Dunaway Family Trust, to answer or otherwise respond to the Complaint is extended by sixty days from the date the response to the Complaint would have been due (i.e., 81 days after service of the Complaint, not counting the day it was received), unless the Court orders otherwise.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto. A scanned image of the signature page is attached hereto.

Dated: June 28, 2011        AKIN GUMP STRAUSS HAUER & FELD LLP

Dated: June 30, 2011

By: _____
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY

[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]

///

///

---

1

Dated: June 28, 2011

DUCKOR SPRADLING METZGER & WYNNE

By _____
Scott L. Metzger
Defendants
MICHAEL W. DUNAWAY individually and as a Trustee of U/A/D 07-05-1991 FBO Dunaway Family Trust, and TRUDY V. DUNAWAY, individually and as a Trustee of U/A/D 07-05-91 FBO Dunaway Family Trust

2

Stipulation to Extend Time for Defendants Dunaway to Respond to Complaint      C 11-02634 JCS420097.1