**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:	415-765-9500
Facsimile:	415-765-9510

JULIA I. DE BEERS (SBN 233811)
jdebeers@akingump.com
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone:	310-229-1000
Facsimile:	310-229-1001

DANIEL H. GOLDEN (*pro hac vice*)
dgolden@akingump.com
DAVID M. ZENSKY (*pro hac vice*)
dzensky@akingump.com
STEPHEN M. BALDINI (*pro hac vice*)
sbaldini@akingump.com
MITCHELL HURLEY (*pro hac vice*)
mhurley@akingump.com
JAMES P. CHOU (*pro hac vice*)
jchou@akingump.com
JASON L. GOLDSMITH (*pro hac vice*)
jgoldsmith@akingump.com
KATHERINE P. SCULLY (*pro hace vice*)
kscully@akingump.com
One Bryant Park
New York, NY 10036-6745
Telephone:	212-872-1000
Facsimile:	212-872-1002

Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW
YORK, AND WILMINGTON TRUST COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v. | **CLASS ACTION**<br><br>Case No. CV 11-2634 PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE** |

1

| | |
|---|---|
| 1  FIRST REPUBLIC BANK, et al. | **DEADLINE ON PLAINTIFFS' REPLY TO THE ESTATE OF ROBERT D. NELSON'S OPPOSITION TO STAY MOTION TO JULY 29, 2011** |
| 2                    Defendants. | |

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation to Continue Deadline on Plaintiffs' Reply to the Estate of Robert D. Nelson in Opposition to Stay Motion to July 29, 2011, the Court ORDERS as follows: Plaintiffs' Reply to the Estate of Robert D. Nelson's shall be due no later than July 29, 2011.

IT IS SO ORDERED.

Dated: July 28, 2011



The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                                                   CV 11-2634 PJH