BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Tribune Company Fraudulent Conveyance Litigation | MDL No. 2296 <br><br> RESPONSE TO JOIN IN THE OPPOSITION TO THE PLAINTIFF'S MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. 1407 <br><br> Hearing Date: None Set <br> : |

Defendants Richard Askin, Carol Askin and the Askin Trust (the "Askin Defendants") hereby oppose and object to the Plaintiff's motion for transfer for coordinated or consolidated pretrial proceedings, and join in the opposition and brief filed by the Nelson Estate (document 563) and the opposition and brief filed by Steptoe and Johnson on behalf of a group of Defendants represented by them (document 589).

The Askin Defendants are California residents and individuals similarly situated with and have common interests with the Defendants filing the oppositions above.

Dated: September 15, 2011

/s/_____
R. JOHN KOHLBRAND
Attorney at Law
3075 Thousand Oaks Blvd.
Westlake Village, CA 91362
805-496-0035
FAX 805-496-0825
RJKLOFF@aol.com
Attorney for Defendants
Richard Askin and Carol Askin

\JoininOpposition.wpd

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2011, 1 caused to be electronically filed the foregoing document with the Clerk of the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system which will send notification of such filing to all parties in MDL No. 2296.

_/s/_____
R. JOHN KOHLBRAND
3075 Thousand Oaks Blvd.
Westlake Village, CA 91362
805-496-0035
FAX 805-496-0825
RJKLOFF@aol.com

\JoininOpposition.wpd