**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 56324)
rsteer@akingump.com
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:      415-765-9500
Facsimile:      415-765-9510

JULIA I. DE BEERS (SBN 233811)
jdebeers@akingump.com
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone:      310-229-1000
Facsimile:      310-229-1001

DAVID M. ZENSKY (admitted *pro hac vice*)
dzensky@akingump.com
STEPHEN M. BALDINI (admitted *pro hac vice*)
sbaldini@akingump.com
MITCHELL HURLEY *(admitted pro hac vice)*
mhurley@akingump.com
JAMES P. CHOU (admitted *pro hac vice*)
jchou@akingump.com
JASON L. GOLDSMITH (admitted *pro hac vice*)
jgoldsmith@akingump.com
KATHERINE P. SCULLY *(admitted pro hace vice)*
kscully@akingump.com
One Bryant Park
New York, NY 10036-6745
Telephone:      212-872-1000
Facsimile:      212-872-1002

Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW
YORK, AND WILMINGTON TRUST COMPANY
except with respect to claims asserted against Shareholder
Defendants: Catholic Healthcare West CHW; Catholic
Health West CHW (Catholic Healthcare West CHW); City
National Bank; Union Bank of California N.A.; PG&E
PostRet Medical Plan TR

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
Robert J. Lack
rlack@fklaw.com
Hal Neier (pro hac vice pending)
Amy C. Brown (pro hac vice pending)
Ricardo Solano Jr. (pro hac vice pending)
7 Times Square
New York, NY 10036-6516
Telephone: 212-833-1100
Facsimile: 212-833-1250

1

1    Attorneys for Plaintiffs with respect to claims asserted
     against Shareholder Defendants: Catholic Healthcare
2    West CHW; Catholic Health West CHW (Catholic
     Healthcare West CHW); City National Bank; Union Bank
3    of California N.A.; PG&E PostRet Medical Plan TR;
     SDG&E Qualified Nuclear Decom and SDG&E Qualified
4    Nuclear Decommissioning Trust Partnership

5                    UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7                         OAKLAND DIVISION

8    DEUTSCHE BANK TRUST COMPANY
     AMERICAS, et al.                          **CLASS ACTION**
9
                        Plaintiffs,            Case No. CV 11-2634 PJH
10
             v.                                **NOTICE OF CHANGE IN PLAINTIFFS'**
11                                             **COUNSEL AS AGAINST DEFENDANTS**
     FIRST REPUBLIC BANK, et al.               **SDG&E QUALIFIED NUCLEAR**
12                                             **DECOM AND SDG&E QUALIFIED**
                        Defendants.            **NUCLEAR DECOMMISSIONING**
13                                             **TRUST PARTNERSHIP AND**
                                               **[~~PROPOSED~~] ORDER**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE IN PLAINTIFFS' COUNSEL AGAINST DEFENDANTS SDG&E QUALIFIED
NUCLEAR DECOM AND  SDG&E QUALIFIED NUCLEAR DECOMMISSIONING
TRUST PARTNERSHIP AND [PROPOSED] ORDER                          CV 11-2634 PJH

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE:

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs"), by and through their counsel, respectfully move the Court for an order substituting Robert J. Lack, Hal Neier, Amy C. Brown and Richard Solano Jr. of Friedman Kaplan Seiler & Adelman LLP for Daniel Golden, David M. Zensky, Stephen M. Baldini, Mitchell P. Hurley, Reginald D. Steer, James P. Chou, Julia I. De Beers, Jason L. Goldsmith and Katherine P. Scully of Akin Gump Strauss Hauer & Feld, LLP **only as to defendants SDG&E Qualified Nuclear Decom and SDG&E Qualified Nuclear Decommissioning Trust Partnership**.

On behalf of myself, Daniel Golden, David M. Zensky, Stephen M. Baldini, Mitchell P. Hurley, Reginald D. Steer, James P. Chou, Jason L. Goldsmith and Katherine P. Scully of Akin Gump Strauss Hauer & Feld, LLP, we consent to the above substitution as to defendants SDG&E Qualified Nuclear Decom and SDG&E Qualified Nuclear Decommissioning Trust Partnership.  We remain counsel for Plaintiffs as to the other defendants in this action, except as noted below.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

Dated:  September 27, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By         /s/ Julia I. De Beers        
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY
except with respect to claims asserted against Shareholder Defendants: Catholic Healthcare West CHW; Catholic Health West CHW (Catholic Healthcare West CHW); City National Bank; Union Bank of California N.A.; PG&E PostRet Medical Plan

3

TR; SDG&E Qualified Nuclear Decom; and SDG&E Qualified Nuclear Decommissioning Trust Partnership

I accept this substitution, and am duly admitted to practice in this district.[1]

Dated: September 27, 2011

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

By_____/s/ Robert J. Lack_____
Robert J. Lack
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW
YORK AND WILMINGTON TRUST COMPANY
with respect to claims asserted against Shareholder
Defendants: Catholic Healthcare West CHW; Catholic
Health West CHW (Catholic Healthcare West CHW);
City National Bank; Union Bank of California N.A.;
PG&E PostRet Medical Plan TR;  SDG&E Qualified
Nuclear Decom and SDG&E Qualified Nuclear
Decommissioning Trust Partnership

**IT IS SO ORDERED:**

Dated: ___September 30_____, 2011

_____
The Honorable Phyllis J. Hamilton
United States District Court Judge

IT IS SO ORDERED

Judge Phyllis J. Hamilton

---

[1] Robert J. Lack is a member in good standing of the bar of this Court who was admitted to practice in the Northern District of California on December 15, 1988.  Mr. Lack is not a member of the California bar, but he is a member of good standing in the Northern District of California because he was admitted before the effective date of Northern District's Local Rules, September 1, 1995.  N.D. Cal. L.R. 11-1(a); see also L.R. 11-1(b) (providing that attorneys admitted after the effective date of the Northern District Local Rules must be members of the California State Bar).

4