UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,

       Plaintiff(s),

    v.

FIRST REPUBLIC BANK, et al.,

       Defendant(s).

_____/

No. C 11-2634 PJH

**ORDER RE E-FILING REQUIREMENTS FOR PRO SE PLAINTIFFS**

    Before the court is the request of pro se plaintiff Warren Eide, to participate in the court's Electronic Case Filing ("ECF") program. The court will rule on the request upon receipt of a declaration from plaintiff stating that he has read General Order No. 45 and the court's instructions regarding ECF registration and use found on the court's website at http://ecf.cand.uscourts.gov, that he understands the requirements of the ECF program, and that he agrees to comply with all the rules and orders of the court, subject to termination of his participation for failing to comply with said rules and orders. If no declaration is received within 14 days, the request will be denied.

    **IT IS SO ORDERED.**

Dated: September 30, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge