UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY
AMERICAS, et al.,

    Plaintiffs,

    v.

FIRST REPUBLIC BANK, et al.,

    Defendants.
_____/

No. C 11-2634 PJH

**ORDER GRANTING PLAINTIFF'S REQUEST TO E-FILE**

    Before the court is the request of pro se plaintiff, Warren Eide ("plaintiff"), to participate in the court's Electronic Case Filing ("ECF") program.  On September 30, 2011, the court issued an Order stating that it would not rule on plaintiff's request until he submitted a declaration indicating that: (1) he has read General Order 45 and other instructions on the court's website that pertain to electronic filing; (2) he understands the requirements of the electronic filing program; and (3) he will comply with all the rules and orders of the court, subject to termination of his participation for failing to comply with said rules and orders.

    By letter dated October 4, 2011 (filed October 7), plaintiff submitted a declaration stating that:  he has read General Order No. 45 and the other instructions on the court's website that pertain to electronic filing; and that he agrees to comply with all the rules and orders of the court, subject to termination of his participation for failing to comply with said rules and orders.

    Because plaintiff has advised the court that he is willing and able to participate in the court's ECF program, and pursuant to Civil Local Rule 5-4 and General Order No. 45, it is

hereby ordered that the above-entitled case is designated to the ECF program.  Plaintiff's motion for permission to e-file is hereby GRANTED.  Plaintiff shall hereafter comply with all the rules regarding e-filing and all of the orders of this court.  Plaintiff should consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for e-filing.

The court cautions plaintiff that if at some point he is unable to comply with the rules and orders of the court, his participation in the ECF program will be terminated.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge