1  AKIN GUMP STRAUSS HAUER & FELD LLP
   REGINALD D. STEER (SBN 56324)
2  rsteer@akingump.com
   580 California Street, Suite 1500
3  San Francisco, CA 94104
   Telephone:    415-765-9500
4  Facsimile:    415-765-9510

5  JULIA I. DE BEERS (SBN 233811)
   jdebeers@akingump.com
6  2029 Century Park East, Suite 2400
   Los Angeles, CA 90067
7  Telephone:    310-229-1000
   Facsimile:    310-229-1001
8
   DAVID M. ZENSKY (admitted *pro hac vice*)
9  dzensky@akingump.com
   STEPHEN M. BALDINI (admitted *pro hac vice*)
10 sbaldini@akingump.com
   MITCHELL HURLEY (admitted *pro hac vice*)
11 mhurley@akingump.com
   JASON L. GOLDSMITH (admitted *pro hac vice*)
12 jgoldsmith@akingump.com
   One Bryant Park
13 New York, NY 10036-6745
   Telephone:    212-872-1000
14 Facsimile:    212-872-1002

15 Attorneys for Plaintiffs
   DEUTSCHE BANK TRUST COMPANY AMERICAS,
16 LAW DEBENTURE TRUST COMPANY OF NEW
   YORK, AND WILMINGTON TRUST COMPANY,
17 except with respect to claims asserted against Shareholder
   Defendants: Catholic Healthcare West CHW; Catholic
18 Health West CHW (Catholic Healthcare West CHW); City
   National Bank; Union Bank of California N.A.; PG&E
19 PostRet Medical Plan TR

20                    UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22                          OAKLAND DIVISION

| | |
|---|---|
| 23  DEUTSCHE BANK TRUST COMPANY<br>    AMERICAS, et al. | **CLASS ACTION** |
| 24 | |
| 25              Plaintiffs, | Case No. CV 11-2634 PJH |
| 26         v. | **PLAINTIFFS' NOTICE OF VOLUNTARY**<br>**DISMISSAL** |
| 27  FIRST REPUBLIC BANK, et al. | |
| 28              Defendants. | |

1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms, conditions and limitations of a stipulation between the parties of even date herewith, Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES notes, hereby dismiss this action without prejudice solely against defendant Melissa Ma, who has neither moved nor answered.

Dated: October 18, 2011

AKIN GUMP STRAUSS HAUER & FELD LLP

By /s/ Julia I. De Beers
Julia I. De Beers
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS
LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY

10/25/11



IT IS SO ORDERED
Judge Phyllis J. Hamilton