**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                   NORTHERN DISTRICT OF CALIFORNIA

5

6

7  DEUTSCHE BANK TRUST COMPANY
   AMERICAS, et al.,
8
                Plaintiff(s),              No. C 11-2634 PJH
9
        v.                                **ORDER**
10
   FIRST REPUBLIC BANK, et al.,
11
                Defendant(s).
12  _____/

13
        By order filed November 2, 2011, pro se defendant Peter Young was advised that in
14
   order to be granted permission to participate in the court's Electronic Case Filing program,
15
   declaration was required.  In response defendant has filed a "Request for Permission to E-
16
   File," but he has not provided the declaration, to-wit, a statement under penalty of perjury,
17
   setting forth the required factual matters set forth in the November 2, 2011 order.  The
18
   request is accordingly DENIED.  If defendant wishes to renew his request he must follow
19
   the previously entered order.
20
        **IT IS SO ORDERED.**
21
   Dated: November 21, 2011
22
                                          _____
23                                        PHYLLIS J. HAMILTON
                                          United States District Judge
24

25

26

27

28